**FEATHERSTON LAW FIRM, CHTD.**
BRENT C. FEATHERSTON, ISB NO. 4602
Attorneys at Law
113 South Second Avenue
Sandpoint, ID 83864
(208) 263-6866
(208) 263-0400 (Fax)

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:01CR0058-001 |
| ) | |
| Plaintiff, ) | |
| ) | **AFFIDAVIT OF SHAWN CUTTING** |
| vs. ) | **IN SUPPORT OF MOTION FOR** |
| ) | **EARLY TERMINATION OF** |
| SHAWN CUTTING, ) | **PROBATION** |
| ) | |
| Defendant. ) | |
| _____) | |

I, SHAWN CUTTING, being first duly sworn upon oath, depose and state as follows:

I am over the age of 18 and competent to testify to the matters contained herein.

I am the Defendant in the above-entitled matter. On October 17, 2001, the Honorable U.S. District Judge B. Lynn Winmill sentenced me on the single count of bank fraud in violation of 18 U.S.C § 1344.

The Court sentenced me to imprisonment for a period of six (6) months to be served at the Community Corrections Center facility at Port of Hope, Nampa, Idaho. I was required by the Judgment to report on November 28, 2001. I reported to the Community Corrections Center facility at Port of Hope in Nampa, Idaho on November 28, 2001, and served a six (6) month sentence.

Featherston Law Firm Chtd
Daniel P. Featherston
Brent C. Featherston*
Jeremy P. Featherston
Sandra J. Whuck
Larry M. Davidson*
Attorneys at Law

113 S. Second Ave.
Sandpoint, Idaho 83864
(208) 263-6866
Fax (208) 263-0400

* Licensed in
Idaho & Washington

AFFIDAVIT OF SHAWN CUTTING IN SUPPORT OF
MOTION FOR EARLY TERMINATION OF PROBATION - 1

The Court's Judgment further provided that I was on supervised release with specific probationary provisions beginning upon my release from imprisonment. I was released from imprisonment at the Community Corrections Center facility referenced above on or about May 26, 2002. By my estimation, my probationary period shall commence through May 26, 2007.

The major condition of my supervision required payment of the sum of $96,673.70 as restitution plus a $100.00 court-imposed assessment. It was my understanding at Sentencing in October, 2001, that the Court imposed a five (5) year probation largely to allow me sufficient time to pay back that large sum of restitution to compensate my victims.

I was able to pay off all restitution much earlier than expected. Restitution was fully paid by July, 2005.

Since completing the payment of all of my restitution and assessment and fine, I have been on minimal supervision. My probation officer has required only that I file written reports monthly. I have spoken to my assigned probation officer and he has indicated that I have satisfactorily completed my probation requirements and that there have been no probation violations. Although he has expressed to me no objection to an early termination, my probation officer indicates that it is not department policy to request early termination. I am also advised by my probation officer that I have completed and complied with all conditions of my probation as imposed by the Court's Judgment and/or by the U.S. Probation Office.

I would like the opportunity for early termination of probation.

Featherston Law Firm Ch.L
Daniel P. Featherston
Brent C. Featherston*
Jeremy P. Featherston
Sandra J. Wruck
Larry M. Davidson*
Attorneys at Law

113 S. Second Ave.
Sandpoint, Idaho 83864
(208) 263-6866
Fax (208) 263-0400

* Licensed in
Idaho & Washington

AFFIDAVIT OF SHAWN CUTTING IN SUPPORT OF
MOTION FOR EARLY TERMINATION OF PROBATION - 2

Further, your Affiant sayeth naught.

DATED this __10th__ day of May, 2006.

_____
SHAWN CUTTING

STATE OF IDAHO,    )
                   ) ss:
County of Bonner   )

SUBSCRIBED AND SWORN to before me, a Notary Public, on this __10th__ day of May, 2006, by Shawn Cutting.

_____
Notary Public, State of Idaho
Residing at __Cocolalla, ID__
Commission expires: __8-15-2008__

### CERTIFICATE OF MAILING

I hereby certify that on the __18th__ day of May, 2006, I caused a true and correct copy of the foregoing document to be served upon the following person(s) in the following manner:

| | |
|---|---|
| Hon. B. Lynn Winmill<br>U.S. DISTRICT COURT JUDGE<br>550 W. Fort Street, 6th Floor<br>Boise, ID 83724 | [X] U.S. Mail, Postage Prepaid<br>[ ] Overnight Mail<br>[ ] Hand delivered<br>[ ] Facsimile (208) 334-9209<br>[ ] Other: _____ |
| Thomas E. Moss, Esq.<br>UNITED STATES ATTORNEY<br>Washington Group Plaza<br>800 Park Blvd., Suite 600<br>Boise, ID 83712-9903 | [X] U.S. Mail, Postage Prepaid<br>[ ] Overnight Mail<br>[ ] Hand delivered<br>[ ] Facsimile No. (208) 334-1413<br>[ ] Other: _____ |

By _____

Featherston Law Firm chtd
Daniel P. Featherston
Brent C. Featherston*
Jeremy P. Featherston
Sandra J. Wruck
Larry M. Davidson*
Attorneys at Law

113 S. Second Ave.
Sandpoint, Idaho 83864
(208) 263-6866
Fax (208) 263-0400

* Licensed in
Idaho & Washington

AFFIDAVIT OF SHAWN CUTTING IN SUPPORT OF
MOTION FOR EARLY TERMINATION OF PROBATION - 3